**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| AVERY WILLIAMS, an individual, | Case No. 2:25-CV-07129-AH-MBKx |
| Plaintiff, | **JUDGMENT IN FAVOR OF DEFENDANT FOX ROTHSCHILD LLP**    **[68]** |
| vs. | |
| FRANCISCO ZELEDON, an individual; INFINITI HEALTH LLC, a California limited liability company; ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP, a California limited liability partnership; FOX ROTHSCHILD LLP. a limited liability partnership; NORTON ROSE FULBRIGHT US LLP, a limited liability partnership; STEPHEN J. DONELL, an individual and d/b/a FEDRECEIVER, INC.; ANUJ WADHAWAN, an individual; SINGERLEWAK LLP, a California limited liability partnership; SLBIGGS LLP, a California limited liability partnership; LITTLER MENDELSON P.C., a professional corporation; HACKLER FLYNN & ASSOCIATES, APC, a professional corporation; PEOPLE PARTNERS, LLC, a California limited liability company; MIRMAN, BUBMAN & NAHMIAS, a professional corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Case No. 2:25-CV-07129-AH-MBKx

JUDGMENT IN FAVOR OF DEFENDANT FOX ROTHSCHILD LLP

On February 6, 2026, this Court granted defendant Fox Rothschild LLP's ("Fox") anti-SLAPP special motion to strike and its related motion to dismiss under Federal Rule of Civil Procedure 12(b)(6), dismissing the Complaint as to Fox [Dkt. 60].  On April 22, 2026, this Court ordered the dismissal of Fox shall be with prejudice [Dkt. 95].  On April 24, 2026, this Court also granted in part Fox's Motion for Attorney's Fees [Dkt. 98].

Accordingly, this Court now enters judgment as follows:

1.  Judgment is entered in favor of Fox and against plaintiff Avery Williams ("Plaintiff") with respect to the Complaint and each claim asserted against Fox therein;

2  Plaintiff's Complaint, and all claims asserted by Plaintiff against Fox in the Complaint, are dismissed with prejudice;

3.  Plaintiff shall take nothing by way of his Complaint against Fox;

4.  Fox is the prevailing party on its anti-SLAPP special motion to strike as against Plaintiff;

5.  Fox is awarded its reasonable attorney's fees in the amount of $49,620.00; and

6.  Accordingly, pursuant to Federal Rule of Civil Procedure 54(b), this Court expressly determines there is no just reason for delay and expressly directs entry of this final judgment in favor of Fox.

DATED: MAY 6, 2026

_____
THE HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE

ORDER RE ENTRY OF JUDGMENT WITH PREJUDICE IN FAVOR OF DEFENDANT FOX ROTHSCHILD LLP UNDER FEDERAL RULES OF CIVIL PROCEDURE 54(b)