UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-07129-AH-MBKx | Date | May 12, 2026 |
|---|---|---|---|

Title    *Avery Williams v. Francisco Zeledon et al.*

Present: The Honorable    Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER RE ORDER TO SHOW CAUSE (DKT. NO. 95) AND SERVICE OF REMAINING DEFENDANTS**

The Court ordered Plaintiff Avery Williams ("Plaintiff") to show cause why Defendants Singerlewak LLP; SLBiggs LLP; Hackler Flynn and Associates, APC; and People Partners, LLC should not be dismissed for lack of prosecution.  Dkt. No. 95.  The Court is in receipt of Plaintiff's response.  Dkt. No. 103.  The Court discharges the Order to Show Cause and orders as follows.

Plaintiff represents that SLBiggs LLP was served via substituted service on August 26, 2025.  Plaintiff is ordered to separately file proof of service as to SLBiggs LLP within **fourteen (14) days** of the date of this Order.  Failure to timely file will result in dismissal of SLBiggs LLP without prejudice without further notice from the Court.

Plaintiff represents that a process server attempted service upon Hackler Flynn and Associates, APC and People Partners, LLC on October 29, 2025, but was unsuccessful due to an address change or a vacant address.  Plaintiff requests an additional thirty days to complete service upon Hackler Flynn and Associates, APC at a new address and to identify a valid address for and complete service upon People Partners, LLC.  The Court notes that it previously granted Plaintiff an

extension of sixty days to complete service upon these defendants.  Dkt. No. 35. Plaintiff has not set forth sufficient "good cause" to further extend the deadline. *See* Fed. R. Civ. P. 4(m).  The Court therefore dismisses Hackler Flynn and Associates, APC and People Partners, LLC without prejudice for failure to timely effectuate service.  *See id.*

Plaintiff represents that he has ordered service upon Singerlewak LLP via a process service company and requests additional time to file proof of service. Plaintiff is ordered to separately file proof of service as to Singerlewak LLP within **fourteen (14) days** of the date of this Order.  Failure to timely file will result in dismissal of Singerlewak LLP without prejudice without further notice from the Court.

**IT IS SO ORDERED.**